# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
8-4-08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

EVGENY TALISOV

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08-mj-1215-J-HTS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 4, 2008, in Jacksonville, Florida, Duval County, in the Middle District of Florida, defendant did, RDD

knowing that an arrest warrant has been issued for ~~Yulia~~ Yukya Piskovaya, knowingly harbored the fugitive Piskovaya so as to prevent her discovery and arrest

in violation of Title 18, United States Code, Section 1071. I further state that I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Defendant arrested prior to filing of the Criminal Complaint. The Court examined the Criminal Complaint after the arrest and its filing at 4:50 p.m., August 4, 2008, and finds probable cause stated therein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Donald J. Wells

HOWARD T. SNYDER
United States Magistrate Judge
Sworn to before me and subscribed in my presence,

August 4, 2008                          at         Jacksonville, Florida

Howard T. Snyder
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

Your affiant, Donald Wells, being a duly sworn and appointed Special Agent of the United States Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service, and the United States Customs Service, hereby makes the following statement in support of the attached criminal complaint.

1. Your affiant is a Special Agent of ICE and has been in the federal law enforcement service for six years, initially as a Customs Inspector and later as a Special Agent. Your affiant has training and experience in the preparation, presentation and service of criminal complaints and arrest warrants.

2. On August 4, 2008 while attempting to execute an arrest warrant of Yuliya [in Case No. 3:08-cr-96(S1)-J-32 HTS] PISKOVAYA, your affiant, ICE Special Agent James Burns, and Deputy United States Marshal Larry Brown went to 319 Magnolia Street in Neptune Beach, Florida. Deputy Brown encountered Teresa, last name unknown, who lived in 317 Magnolia Street in Neptune Beach, Florida. Teresa stated the following:

   a. That she rented to an individual Evgeny TALISOV at 319 Magnolia Street in Neptune Beach, Florida.

   b. That TALISOV was in his home.

   c. That TALISOV had been parking across the street from his address instead of parking in front of the house.

   d. That she was currently having construction work done at the residence located at 317 Magnolia St.

3. On August 4, 2008, Deputy Brown encountered the construction crew working on 317 Magnolia Street in Neptune Beach, Florida. Deputy Brown asked the foreman if he would knock on the door and see if TALISOV would answer. The foreman knocked on the door and TALISOV answered. Agent Burns and Deputy Brown identified themselves as federal agents and asked if he knew where PISKOVAYA was. TALISOV stated that he didn't know what we were talking about. Deputy Brown asked again if TALISOV knew where PISKOVAYA was. TALISOV stated "she is not here".

4. On August 4, 2008, your affiant, agent Burns, and Deputy Brown searched the apartment. Your affiant and Deputy Brown followed TALISOV upstairs to search the master bedroom. Agent Burns searched the downstairs and the second bedroom. During the search of the second bedroom, agent Burns opened the closet and noticed PISKOVAYA hiding in the corner of the closet. Agent Burns ordered her out of the closet and executed the arrest.

5. On August 4, 2008, your affiant placed TALISOV under arrest for harboring a fugitive in violation of 18 U.S.C. §1071 ROD. Your affiant gave TALISOV his Miranda Rights and asked him if he had any questions. While in handcuffs, TALISOV kissed PISKOVAYA and started speaking in Russian to her. Your affiant reminded TALISOV that he was under court order not to have any communication with PISKOVAYA. PISKOVAYA stated that she had over $2,000 and would like to give

             TALISOV money to help with rent. Your affiant stated that under the court order, that he was not allowed. PISKOVAYA and TALISOV were both transported back to the ICE office for criminal processing. During transport, PISKOVAYA and TALISOV continued to try to communicate. Your affiant interrupted them three times and warned them.

6.      During criminal processing, your affiant asked TALISOV if he wanted to make a statement without his attorney present. TALISOV stated that he only wanted to state that PISKOVAYA was only at his house in order to retrieve her personal belongings. He then inquired with the affiant as to whether he could renounce his U.S. citizenship and go back to Russia to "be done with all of this."

7.      April 17, 2008, a grand jury sitting in the Middle District of Florida returned a superseding indictment in Case No. 3:08-cr-96(S1)-J-32HTS; Count One of the indictment named TALSIOV and PISKOVAYA as defendants in a marriage fraud scheme in violation of 8 U.S.C. §1325(c). TALISOV has been arraigned on this offense, was ordered by the Court to have no contact with PISKOVAYA, and knew that the authorities were seeking to arrest PISKOVAYA.

Based on the foregoing information, your affiant submits that there is probable cause to believe that a warrant has been issued for the arrest of ~~Yulia~~ Yuliya Rod PISKOVAYA, that Evgeny TALISOV knew that the authorities sought the arrest of PISKOVAYA, and that TALISOV knowingly harbored ~~Yulia~~ Yuliya Rod PISKOVAYA so as to prevent her discovery and arrest in violation of Title 18 U.S.C. §1071.

_____
Donald J. Wells, Special Agent
United States Immigration and Customs Enforcement
Jacksonville, Florida